163 So. 905

**BANK OF FLORALA v. R. E. WILLIAMS.**

**4 Div. 146.**

Court of Appeals of Alabama.
June 25, 1935.

Rehearing Denied Oct. 29, 1935.

J. L. Murphy, of Andalusia, for appellant.

Rowe & Rowe, of Elba, for appellee.

RICE, Judge.

Affirmed on authority of Bank of Florala v. Williams, 230 Ala. 676, 163 So. 321.

163 So. 905

**Jim BARBER v. STATE.**

**6 Div. 820.**

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Affirmed.

160 So. 917

**Joe Frank BARNHILL v. STATE.**

**4 Div. 91.**

Court of Appeals of Alabama.
April 2, 1935.

SAMFORD, Judge.
Appeal dismissed.

157 So. 965

**Roger Lee BATES v. STATE.**

**2 Div. 541.**

Court of Appeals of Alabama.
Nov. 6, 1934.

SAMFORD, Judge.
Affirmed.

159 So. 912

**George BATTLES v. STATE.**

**8 Div. 965.**

Court of Appeals of Alabama.
Feb. 5, 1935.

BRICKEN, Presiding Judge.
Affirmed.

153 So. 919

**Ollie BAUCOM v. STATE.**

**8 Div. 866.**

Court of Appeals of Alabama.
March 6, 1934.

BRICKEN, Presiding Judge.
Affirmed.

160 So. 917

**Ex parte Conrad F. BAUM.**

**6 Div. 750.**

Court of Appeals of Alabama.
Jan. 24, 1935.

Rehearing Denied Jan. 26, 1935.

Wm. H. Ellis, of Birmingham, for petitioner.

Beddow, Ray & Jones, of Birmingham, for respondent.

PER CURIAM.
Writ denied.

157 So. 915

**Willie Mae BAXTER v. STATE.**

**4 Div. 67.**

Court of Appeals of Alabama.
Nov. 13, 1934.

SAMFORD, Judge.
Affirmed.